**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POWER MANAGEMENT ENTERPRISES, LLC, a Texas Limited Liability Company,<br><br>   Plaintiff,<br><br>  v.<br><br>DELL INC., a Delaware corporation,<br><br>   Defendant. | Civil Action No. 2:13-cv-639 |

**NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

COMES NOW Power Management Enterprises, LLC and hereby notifies the Court that this case is ready for a scheduling conference. Defendant has responded to Power Management Enterprises, LLC's Complaint.

There are no pending motions.

The patents asserted in this case are U.S. Pat. No. 5,895,485 and U.S. Pat. No. 5,895,488.

This case is related to the following cases involving the same patent:

- *Power Management Enterprises, LLC v. ASUS Computer International, Inc*. (C.A. No. 2:13-cv-638);

- *Power Management Enterprises, LLC v. Sony Corporation of America*, (C.A. No. 2:13-cv-644);

- *Power Management Enterprises, LLC v. Fujitsu America, Inc*. (C.A. No. 2:13-cv-640)

- *Power Management Enterprises, LLC v. Hewlett-Packard Company* (C.A. No. 2:13-cv-641)

- *Power Management Enterprises, LLC v. Toshiba America Information Systems, Inc* (C.A. No. 2:13-cv-645)

- *Power Management Enterprises, LLC v. Samsung Electronics America, Inc* (C.A. No. 2:13-cv-643)

- *Power Management Enterprises, LLC v. Lenovo Group Limited and Lenovo (United States) Inc*. (C.A. No. . 2:13-cv-642)

Dated: October 21, 2013

*/s/Andrew W. Spangler*
Andrew W. Spangler
TX SB # 24041960
spangler@spanglerlawpc.com
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone: 903-753-9300
Facsimile: 903-553-0403

ATTORNEY FOR POWER MANAGEMENT ENTERPRISES, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Andrew W. Spangler*
Andrew W. Spangler