**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POWER MANAGEMENT ENTERPRISES, LLC,<br><br>        Plaintiff,<br>   v.<br>ASUS COMPUTER INTERNATIONAL INC.,<br>        Defendant. | Civil Action No. 2:13-CV-638-JRG<br><br>Lead Case<br><br>JURY TRIAL DEMANDED |
| POWER MANAGEMENT ENTERPRISES, LLC,<br><br>        Plaintiff,<br>   v.<br>DELL INC.,<br>Defendant. | Civil Action No. 2:13-cv-00639-JRG<br><br>Consolidated Case<br><br>JURY TRIAL DEMANDED |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Power Management Enterprises, LLC ("PME") and Dell Inc. ("Dell") announced to the Court that they have resolved their respective claims for relief asserted in the above-captioned actions with regard only to U.S. Patent No. 5,895,485 ("the '485 Patent"). The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED as to the '485 Patent.

IT IS THEREFORE ORDERED that all claims and counterclaims relating only to the '485 Patent made by PME against Dell or by Dell against PME in the above-captioned actions, including Case Nos. 2:13-CV-638 (consolidated) and 2:13-CV-639 (as filed), are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

This Order does not dismiss Dell with respect to another asserted patent and Dell remains a live defendant in this case.

**So Ordered and Signed on this**

**Feb 28, 2014**

 

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE